930

No. 79–6014. HERNANDEZ v. ELIO M. ROSSY, INC., ET AL., 445 U. S. 933. Petition for rehearing denied.

MAY 12, 1980

No. 79–6108. ARMOUR ET AL. v. NIX ET AL. Affirmed on appeal from D. C. N. D. Ga. MR. JUSTICE BRENNAN, MR. JUSTICE BLACKMUN, and MR. JUSTICE STEVENS would dismiss the appeal for want of jurisdiction. MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

No. 79–492. FUNGAROLI v. FUNGAROLI. Ct. App. N. C. [Probable jurisdiction noted, 444 U. S. 1031.] Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE STEWART would grant certiorari.

No. 79–1233. STUCKEY'S STORES, INC. v. O'CHESKEY, CHIEF HIGHWAY ADMINISTRATOR OF NEW MEXICO. Appeal from Sup. Ct. N. M. dismissed for want of substantial federal question.